# EXHIBIT B



# INVOICE

**428 N. First Street  Garland, Texas  75040**
**972.487.2275  972.487.2278 Fax**
BellsConversions@verizon.net
**www.BellsCustomConversions.com**

| | |
|---|---|
| Date: | 10/17/2008 |
| Invoice # | **559647** |
| Due | 10/27/2008 |

| PO # | 047165 |
|---|---|

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| DEFIANCE METAL PRODUCTS<br>944 BY-PASS ROAD<br>HEBER SPRINGS, AR 72543<br>ATTN: NORMA GREEN<br>501-362-1919 | WAP3<br>West Point ODW<br>100 Tubb Ave<br>West Point  MS  39773 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| 3688643c1<br>3688786c2 | Carc Paint - Box Rear Tail Light LH<br>Carc Paint - Cover, Inverter (Carc)<br>Ship ahead per DMP request<br><br>EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS<br><br>* ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | 110<br>11.18 | 10.97<br>11.18 | 1,206.70<br>124.99 |

PAID
CK NO _____ DATE _____

MAILED
10-18-08

BC 000001

| | | |
|---|---|---|
| | **Total** | **$1,331.69** |
| Sales Tax (8.25%) | | $0.00 |
| Pmts/Credits | | $0.00 |
| **Balance Due** | | **$1,331.69** |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*



## Shipping Document
### DEFIANCE METALS

| SHIPPER: | RECIEVER: |
|---|---|
| Bells Custom Conversions<br>428 N. First ST.<br>Garland, TX 75040<br>972-487-2275 | WAP3<br>West Point ODW<br>100 Tube Ave<br>West Point, MS 39773<br><br>PO# 047165 |

| PART # | DESCRIPTION | QTY | |
|---|---|---|---|
| 3688643C1 | Box Rear Tail LightLH | 110 | —10.⁹⁷ |
| 3688786C2 | Cover, Inverter | 10 | —11.18 |
| | | | |
| | | | |
| | | | |

## *__3___ Skids

Pull ahead from
load 25373
Per WAP & DMP

Kelley Handsor

10-17-2008

BCC SHIPPER/ PRINTED NAME

DATE

SST RECIEVER/ PRINTED NAME    *Carl E Carlson* STC

DATE

BCC COPY

Tour # 3987584
Warner
10/17/08

BC 000002

## Defiance Metal Products of Arkansas, Inc.

**18885**

VENDOR NO: 112726    NAME: BELLS CUSTOM CONVERSIONS    CHECK DATE: 11/7/2008

| REFERENCE | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
|---|---|---|---|---|
| 559647 | 10/17/2008 | 1,318.50 | 0.00 | 1,318.50 |
| 559678 | 11/1/2008 | 19,073.26 | 0.00 | 19,073.26 |
| 559679 | 10/29/2008 | 16,086.31 | 0.00 | 16,086.31 |
| 559680 | 10/29/2008 | 753.45 | 0.00 | 753.45 |
| 559681 | 10/30/2008 | 1,052.88 | 0.00 | 1,052.88 |
| 559682 | 10/29/2008 | 2,420.80 | 0.00 | 2,420.80 |
| 559683 | 10/31/2008 | 351.61 | 0.00 | 351.61 |
| 559684 | 10/31/2008 | 2,482.86 | 0.00 | 2,482.86 |
| 559687 | 11/2/2008 | 8,260.44 | 0.00 | 8,260.44 |
| 559688 | 10/29/2008 | 5,270.30 | 0.00 | 5,270.30 |
| 559689 | 10/29/2008 | 5,300.06 | 0.00 | 5,300.06 |
| 559690 | 10/29/2008 | 2,286.53 | 0.00 | 2,286.53 |
| 559691 | 10/29/2008 | 458.50 | 0.00 | 458.50 |
| 559692 | 10/29/2008 | 5.61 | 0.00 | 5.61 |
| 559695 | 11/4/2008 | 12,019.83 | 0.00 | 12,019.83 |
| TOTAL > | | 77,140.94 | 0.00 | 77,140.94 |



THIS CHECK IS VOID WITHOUT A BLUE & RED BACKGROUND AND A TRUE WATERMARK - HOLD UP TO THE LIGHT TO VERIFY

**Defiance Metal Products of Arkansas, Inc.**
944 By-Pass Road
Heber Springs, AR 72543
(501) 362-1919

Bank of America
Troy, Michigan 48084
Bank of America
Chicago, Illinois 60603
70-2302/719

**18885**

| DATE | 11/7/2008 |
|---|---|
| AMOUNT | ***77,140.94 |

PAY    Seventy-Seven Thousand One Hundred Forty and 94/100******

TO THE
ORDER
OF

BELLS CUSTOM CONVERSIONS
428 N. FIRST STREET
GARLAND, TX 75048

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

⑈018885⑈ ⑆071923022⑆ 27707200080⑈



BC 000003



# INVOICE

| | |
|---|---|
| Date: | 1/7/2008 |
| Invoice # | **558512** |
| Due | 1/17/2008 |

**CUSTOM CONVERSIONS**

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| PO # | 43210 |
|---|---|

*International Supplier No.* 10260

| Bill To | Ship To |
|---|---|
| DEFIANCE METAL PRODUCTS<br>944 BY-PASS ROAD<br>HEBER SPRINGS, AR 72543<br>ATTN: NORMA GREEN<br>501-362-1919 | SST TRUCK COMPANY<br>4030 FOREST LANE<br>GARLAND, TX 75042 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - CARC - 3673289C4 | 58 | 12.09 | 701.22 |
| | PAINT - CARC - 3673291C4 | 100 | 8.56 | 856.00 |
| | PAINT - CARC - 3674107C3 | 164 | 15.51 | 2,543.64 |
| | PAINT - CARC - 3820240C4 | 110 | 22.38 | 2,461.80 |
| | PAINT - CARC - 3820433C2 | 22 | 51.64 | 1,136.08 |
| | PAINT - CARC - 3822041C1 | 112 | 1.92 | 215.04 |
| | | | | |
| | EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS<br>CONTROL AND PRODUCT QUALITY. | | | |
| | | | | |
| | BC 000337 | | | |

PAID
IN FULL

| | | |
|---|---|---|
| *We Appreciate Your Business!!!*<br>*www.BellsCustomConversions.com* | **Total** | **$7,913.78** |
| | *Sales Tax (8.25%)* | $0.00 |
| | Pmts/Credits | $0.00 |
| | **Balance Due** | **$7,913.78** |

```
*OR00043210*
```
0R00043210

# PACKING SLIP

 **METAL PRODUCTS CO.**

COMMERCIAL STAMPING • ASSEMBLIES • FABRICATIONS
P.O. BOX 1680          TELEPHONE 501-362-1919
HEBER SPRINGS, AR 72543          FAX 501-362-2214

REMIT TO: DEFIANCE METAL PRODUCTS OF ARK., INC.
DRAWER #5891
P.O. BOX 79001
DETROIT, MI 48279-5891

To : BELLS CUSTOM CONVERSIONS
428 N. FIRST ST
GARLAND, TX 75040
bellsconversions@verizon.net
Phone : 972-487-2275

| Ship Via : | Terms : | FOB: |
|---|---|---|
| CONWAY COURIER | NET 30 DAYS | Heber Springs, AR |

| ne | Description | Quantity | |
|---|---|---|---|
| 1 | ✓ PAINT MILITARY | 58.00 $ 12.09 | 701.22 |

Due Date 12/11/2007

SHIP TO SST GARLAND

```
* 1 *
```

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00147322 | 3673289C4 | C |

| 2 | ✓ PAINT MILITARY | 100.00 $ 8.56 | 856 |
|---|---|---|---|

Due Date 12/11/2007

```
* 2 *
```

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00147972 | 3673291C4 | C |

| 3 | ✓ PAINT MILITARY | 164.00 $ 15.51 | 2543.64 |
|---|---|---|---|

Due Date 12/11/2007

```
* 3 *
```

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00148284 | 3674107C3 | C |

| 4 | ✓ PAINT MILITARY | 110.00 $ 22.38 | 2461.8 |
|---|---|---|---|

Due Date 12/11/2007

```
* 4 *
```

BC 000338

By _____ BAI Terms & Conditions
This is to certify that the merchandise covered by this invoice has been produced in compliance with the Federal Wage and Hour Law (Fair Labor Standards Act of 1938, as amended). All prices subject to price in effect at time of shipment. Clerical errors subject to correction. All agreements are contingent upon strikes, fires, accidents, inability to secure materials or causes beyond our control. All credits subject to the approval of our credit department. If any material is proven defective it will be replaced, but we will not assume responsibility for any labor on or damage by reason of the use of any materials delivered found defective or unfit for which it is bought or used. We will not be liable for defects unless we are notified within 10 days from receipt of materials. We reserve the right to include up to 10% of an overrun or undership 10% on any order. Contracts and orders cannot be cancelled without the consent of ourselves. All specifications subject to Standard Commercial Variations. Initial engineering charges include tools which will remain in our possession to be used only for the customer bearing the initial expenses. We will not be held liable for any infringement of patent rights.



# PACKING SLIP

P.O. #: 00043210
Date: 12/04/2007
Change No.: 0

## Defiance METAL PRODUCTS CO.

COMMERCIAL STAMPING • ASSEMBLIES • FABRICATIONS
P.O. BOX 1680    TELEPHONE 501-362-1919
HEBER SPRINGS, AR 72543    FAX 501-362-2214

REMIT TO: DEFIANCE METAL PRODUCTS OF ARK., INC.
DRAWER #5891
P.O. BOX 79001
DETROIT, MI 48279-5891

To : BELLS CUSTOM CONVERSIONS

428 N. FIRST ST
GARLAND, TX 75040
bellsconversions@verizon.net
Phone : 972-487-2275

| Ship Via : | Terms : | FOB: |
|---|---|---|
| CONWAY COURIER | NET 30 DAYS | Heber Springs, AR |

| ne | Description | Quantity |
|---|---|---|

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00148099 | 3820240C4 | C |

5  PAINT MILITARY                     22.00 $ 51.64       *1136.08*

Due Date 12/11/2007

* 5 *

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00146812 | 3820433C2 | 04 |

6 ✓PAINT MILITARY                    112.00 $ 1.92        *214.64*

Due Date 12/11/2007

* 6 *

| W.O. NO. | Part Number | REV |
|---|---|---|
| 00149270 | 3822041C1 | A |

BC 000339

*7912.78*

By:                                        BAT Terms & Conditions
This is to certify that the merchandise covered by this invoice has been produced in compliance with the Federal Wage and Hour Law (Fair Labor Standards Act of 1938, as amended). All prices subject to price in effect at time of shipment. Clerical errors subject to correction. All agree-
ments are contingent upon strikes, fires, accidents, inability to secure materials or causes beyond our control. All credits subject to the approval of our credit department. If any material is proven defective it will be replaced, but we will not assume responsibility for any labor on or dam-
age by reason of the use of any materials delivered found defective or unfit for which it is bought or sold. We will not be liable for defects unless we are notified within 10 days from receipt of materials. We reserve the right to include up to 10% of an overrun or undership 10% on any
order. Contracts and orders cannot be canceled without the consent of ourselves. All specifications subject to Standard Commercial Variations. Initial engineering charges include tools which will remain in our possession to be used only for the customer bearing the initial expenses. We
will not be held liable for any infringement of patent rights.

EV. B                                    15-AR-15                                    CONTROLLED DOCUMENT

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
RECEIVED, subject to the classifications and tariffs in effect
on the date of the issue of this Bill Of Lading

No.  00022244

Bells Custom Conversiions
428 N. First Street
Garland, Tx 75040

FROM: DEFIANCE METAL PRODUCTS OF AR, INC.
944 BY-PASS ROAD
HEBER SPRINGS, AR    72543

NAME of Carrier :CONWAY COURIER          ROUTE_____  Carrier's No. .PO# 43210

Subject to Section 7 of Conditions of applicable bill of Lading, if this shipment is to
be delivered to the consignee without recourse on the consignor, the consigner shall sign
the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.

(Signature of consignor) _____

Freight  :  Prepaid                    FOB Point :  Heber Springs, AR

Received $ _____     to apply in prepayment of the charges on the property described heron.
Agent or Cashier _____
Per         _____     (The signature here acknowledges only the amount prepaid)
Charges Advanced _____

C.O.D. Amount :        $0.00   Collection Fee :        $0.00    Total Fee :        $0.00

| | No. Pkgs. | Description | Weight |
|---|---|---|---|
| AUTO PARTS | 1 | 10X10X8 CARTON | 15.13 |
| NOI IOS | 21 | SM BOX w/ SKID | 19025.73 |
| | 22 | | 19,040.86 |

This is to verify that the above named articles are properly classified, described, packaged, marked
and labeled, and are in proper condition for transportation, according to the applicable regulations
of the Department of Transportation.

Date Shipped : 12/04/2007

| Qty Ship | P.O. # | Part Number | Rev | Description | Ref No. |
|---|---|---|---|---|---|
| 164 | AD176B | 3674107C3 | C | BRACE RH | 00045000 |
| 58 | AD176B | 3673289C4 | C | EXTENSION, ESPAR FUEL PUMP LH | 00045000 |
| 100 | AD176B | 3673291C4 | C | HOOK, TOW | 00045000 |
| 110 | AD176B | 3820240C4 | C | CROSSMEMBER | 00045000 |
| 22 | AD176B | 3820433C2 | 04 | BRACKET | 00045000 |
| 112 | AD176B | 3822041C1 | A | EXTENSION, CLIP | 00045000 |

**BC 000340**

SHIPPER PER _____    AGENT_____          SPM104 REV C

# PACKING SLIP

# Defiance METAL PRODUCTS CO.

COMMERCIAL STAMPING • ASSEMBLIES • FABRICATIONS
P.O. BOX 1680          TELEPHONE 501-362-1919
HEBER SPRINGS, AR 72543          FAX 501-362-2214

REMIT TO: DEFIANCE METAL PRODUCTS OF ARK., INC.
DRAWER #5891
P.O. BOX 79001
DETROIT, MI 48279-5891

| Sold To: | Ship To: |
|---|---|
| INTERNATIONAL-SST | INTERNATIONAL TRUCK & ENGINE |
| TRUCK & ENGINE 23318AX | INTERNATIONAL.C/O SST TRUCK CO. |
| CALLER SVC. 59010 | 4030 FOREST LANE |
| KNOXVILLE, TN 37950 | GARLAND, TX 75042 |

| P.O. # : | Ship VIA: | Shipped Date : | FOB : |
|---|---|---|---|
| AD176B | CONWAY COURIER | 12/04/2007 | Heber Springs, AR |

| Line No. | Quantity | Part Number | Rev | Job # |
|---|---|---|---|---|
| 1 | 164 | 3674107C3 | C | 00036140 |

BRACE RH
148284 148284 148284

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| SM BOX w/ SKID | 1 | 60 | 1,212.600 | 52.000 | 1,264.600 |
| SM BOX w/ SKID | 1 | 42 | 848.820 | 52.000 | 900.820 |
| SM BOX w/ SKID | 1 | 62 | 1,253.020 | 52.000 | 1,305.020 |

| Line No. | Quantity | Part Number | Rev | Job # |
|---|---|---|---|---|
| 2 | 58 | 3673289C4 | C | 00036164 |

EXTENSION, ESPAR FUEL PUMP LH
147322 147322

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| SM BOX w/ SKID | 1 | 30 | 720.150 | 52.000 | 772.150 |
| SM BOX w/ SKID | 1 | 28 | 672.140 | 52.000 | 724.140 |

| Line No. | Quantity | Part Number | Rev | Job # |
|---|---|---|---|---|
| 3 | 100 | 3673291C4 | C | 00036165 |

HOOK, TOW
147972 147972

BC 000341

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| SM BOX w/ SKID | 1 | 50 | 1,971.500 | 52.000 | 2,023.500 |
| SM BOX w/ SKID | 1 | 50 | 1,971.500 | 52.000 | 2,023.500 |

| Line No. | Quantity | Part Number | Rev | Job # |
|---|---|---|---|---|
| 4 | 110 | 3820240C4 | C | 00036168 |

CROSSMEMBER
148099 148099 148099 148099 148099 148099 148099 148099 148099 148099

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| SM BOX w/ SKID | 1 | 12 | 864.000 | 52.000 | 916.000 |
| SM BOX w/ SKID | 1 | 12 | 864.000 | 52.000 | 916.000 |
| SM BOX w/ SKID | 1 | 11 | 792.000 | 52.000 | 844.000 |
| SM BOX w/ SKID | 1 | 10 | 720.000 | 52.000 | 772.000 |
| EV. B | SM BOX w/ SKID | 15-AR-15 | 12 | 864.000 | 52. CONTROLLED DOCUMENT |

TERMS & CONDITIONS
This is to certify that the merchandise covered by this invoice has been produced in compliance with the Federal Wage and Hour Law (Fair Labor Standards Act of 1938, as amended). All prices subject to price in effect at time of shipment. Quoted prices subject to correction. All agreements are contingent upon strikes, fires, accidents, inability to secure materials or causes beyond our control. All credits subject to the approval of our credit department. If any material is proven defective it will be replaced, but we will not assume responsibility for any labor on or damage by reason of the use of any materials delivered found defective or unfit for which it is bought or sold. We will not be liable for defects unless we are notified within 10 days from receipt of materials. We reserve the right to include up to 10% of an overrun or underrun. Orders cannot be canceled without our prior approval. All orders subject to Standard Commercial Variations. Initial engineering charges include tools which will remain the property of the customer to be used only by the customer bearing the initial charge. We will not be held liable for any infringement of patent rights.

# PACKING SLIP

# Defiance METAL PRODUCTS CO.

COMMERCIAL STAMPING • ASSEMBLIES • FABRICATIONS
P.O. BOX 1680          TELEPHONE 501-362-1919
HEBER SPRINGS, AR 72543          FAX 501-362-2214

REMIT TO: DEFIANCE METAL PRODUCTS OF ARK., INC.
DRAWER #5891
P.O. BOX 79001
DETROIT, MI 48279-5891

**Sold To:** INTERNATIONAL-SST
TRUCK & ENGINE 23318AX
CALLER SVC. 59010
KNOXVILLE, TN 37950

**ShipTo:** INTERNATIONAL TRUCK & ENGINE
INTERNATIONAL.C/O SST TRUCK CO.
4030 FOREST LANE
GARLAND, TX 75042

| P.O. # : | Ship VIA: | Shipped Date : | FOB : |
|---|---|---|---|
| AD176B | CONWAY COURIER | 12/04/2007 | Heber Springs, AR |

| Line No. | Quantity | Part Number | | Rev | | | Job # | |
|---|---|---|---|---|---|---|---|---|
| | | SM BOX w/ SKID | 1 | | 10 | 720.000 | 52.000 | 772.000 |
| | | SM BOX w/ SKID | 1 | | 11 | 792.000 | 52.000 | 844.000 |
| 5 | 22 | 3820433C2 | | 04 | | | 00036792 | |
| | | BRACKET | | | | | | |
| | | 146812  146812  146812  146812 | | | | | | |

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| SM BOX w/ SKID | 1 | 6 | 372.000 | 52.000 | 424.000 |
| SM BOX w/ SKID | 1 | 6 | 372.000 | 52.000 | 424.000 |
| SM BOX w/ SKID | 1 | 5 | 310.000 | 52.000 | 362.000 |
| SM BOX w/ SKID | 1 | 5 | 310.000 | 52.000 | 362.000 |

| Line No. | Quantity | Part Number | | Rev | Job # |
|---|---|---|---|---|---|
| 6 | 112 | 3822041C1 | | A | 00036436 |
| | | EXTENSION, CLIP | | | |
| | | 149270 | | | |

| Package Description | Packages | Quantity | Net Wght | Tar Wght | Gross Wght |
|---|---|---|---|---|---|
| 10X10X8 CARTON | 1 | 112 | 14.560 | 0.570 | 15.130 |

BC 000342

**TERMS & CONDITIONS**
This is to certify that the merchandise covered by this invoice has been produced in compliance with the Federal Wage and Hour Law (Fair Labor Standards Act of 1938, as amended). All prices subject to price in effect at time of shipment. Clerical errors subject to correction. All agreements are contingent upon strikes, fires, accidents, inability to secure materials or causes beyond our control. All credits subject to the approval of our credit department. If any material is proven defective it will be replaced, but we will not assume responsibility for any labor on or damaged by reason of the use of any materials delivered found defective or unfit for which it is bought or sold. We will not be liable for defects unless we are notified within 10 days from receipt of materials. We reserve the right to include up to 10% of an overrun or underrun 10% on any order. Contracts and orders cannot be cancelled without the consent of ourselves. All specifications subject to Standard Commercial Variations. Initial engineering charges include tools which will remain in our possession to be used only for the customer bearing the initial expenses. We will not be held liable for any infringement of patent rights.

EV. B                    15-AR-15                    CONTROLLED DOCUMENT

**Defiance Metal Products of Arkansas, Inc.**
944 By-Pass Road
Heber Springs, AR 72543
(501) 362-1919

LaSalle Bank Midwest N.A.
Troy, Michigan 48084
Lasalle Bank N.A.
Chicago, Illinois 60603
70-2302/719

**15378**

| DATE | 1/11/2008 |
|---|---|
| AMOUNT | ***135,619.81 |

PAY    One Hundred Thirty-Five Thousand Six Hundred Nineteen and 81/100******

TO THE
ORDER
OF

BELLS CUSTOM CONVERSIONS
428 N. FIRST STREET
GARLAND, TX 75048

*Kenny Sampler*

CHECK IS PRINTED ON SECURITY PAPER WHICH INCLUDES A MICROPRINT BORDER & FLUORESCENT FIBERS

⑈015378⑈ ⑆071923022⑆ 2770720080⑈

**Defiance Metal Products of Arkansas, Inc.**

VENDOR NO: 112726     NAME: BELLS CUSTOM CONVERSIONS     CHECK DATE: 1/11/2008    **1537**

| REFERENCE | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | NET AMOUNT PAID |
|---|---|---|---|---|
| 558504 | 1/7/2008 | | | |
| 558505 | 1/7/2008 | 1,755.44 | 0.00 | 1,755.44 |
| 558506 | 1/7/2008 | 550.00 | 0.00 | 550.00 |
| 558507 | 1/7/2008 | 9,625.85 | 0.00 | 9,625.85 |
| 558508 | 1/7/2008 | 157.17 | 0.00 | 157.17 |
| 558509 | 1/7/2008 | 35,384.84 | 0.00 | 35,384.84 |
| 558510 | 1/7/2008 | 9,269.32 | 0.00 | 9,269.32 |
| 558511 | 1/7/2008 | 8,626.41 | 0.00 | 8,626.41 |
| 558512 | 1/7/2008 | 12,291.76 | 0.00 | 12,291.76 |
| 558513 | 1/7/2008 | 7,913.78 | 0.00 | 7,913.78 |
| 558514 | 1/7/2008 | 10,325.65 | 0.00 | 10,325.65 |
| 558515 | 1/7/2008 | 74.88 | 0.00 | 74.88 |
| 558516 | 1/7/2008 | 2,213.12 | 0.00 | 2,213.12 |
| 558517 | 1/7/2008 | 7,717.28 | 0.00 | 7,717.28 |
| 558518 | 1/7/2008 | 8,543.46 | 0.00 | 8,543.46 |
| 558519 | 1/7/2008 | 1,250.00 | 0.00 | 1,250.00 |
| 558520 | 1/7/2008 | 4,664.52 | 0.00 | 4,664.52 |
| 558521 | 1/7/2008 | 2,139.00 | 0.00 | 2,139.00 |
| | | 13,117.33 | 0.00 | 13,117.33 |
| TOTAL > | | 135,619.81 | 0.00 | 135,619.81 |

BC 000343



428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 8/7/2008 |
| Invoice # | **559516** |
| Due | 9/6/2008 |

| PO # | 37830 |
|---|---|

*International Supplier No. 10260*

**Bill To**

Core Molding Technologies
800 Manor Park Drive
Columbus, OH  43228

**Ship To**

SST
4030 Forest Lane
Garland, TX 75042

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | BCC - PAINT - CARC - 3820018C92 - SS573 HOOD, MRD, SFA MIL | 24 | 320.00 | 7,680.00 |
| | SHIPPING DOCUMENT NUMBER:  123462, 123461, 123460, 123459 | | | |
| | EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

PAID
IN FULL

MAILED
8-7-08

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| **Total** | **$7,680.00** |
| Sales Tax (8.25%) | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$7,680.00** |

BC 007989



**BOL/SID #** 123462

**SHIP DATE** 8/06/08

**FREIGHT PREPAID**

**STRAIGHT BILL OF LADING – SHORT FORM – Not Negotiable**
RECEIVED subject to the terms of the contract or in the absence of a contract to the carriers tariff effect this date.
If Freight is "Prepaid" mail freight bill to
Core Molding Technologies c/o WFM Enterprises PO Box 435 Orland Park IL 60462
**Page: 1**

## Quick Receive

**(V) Vendor ID** 60012X1



**(2S) ASN Shipment ID /
Quick Receive** 123462

| SHIP TO | SHIP FROM |
|---|---|
| SST26-S<br>SST TRUCK COMPANY / 062<br>GARLAND ASSEMBLY PLANT<br>4030 FOREST LANE<br>GARLAND, TX 75042 | CORE MOLDING TECHNOLOGIES<br>800 MANOR PARK DRIVE<br>COLUMBUS, OH 43228 |

| SUPPLIER CODE | PLANT CODE | TRAILER NO | M.BOL NO | CARRIER | SCAC | F.O.B. | SEAL # |
|---|---|---|---|---|---|---|---|
| 60012X1 | 062 | BCC | | MISCELLANEOUS CARRIER | | ORIGIN | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO # | REL AUTH. NO. | QTY. SHIPPED | SHIPMENT WEIGHT |
|---|---|---|---|---|---|---|
| 1 | 3824635C91<br>CPT#: 3824635C91 | SS573 HOOD,MRD,SFA MIL (FINAL)<br>W/CARC OUTSIDE PAINT | AC247A | | 6.00000 EA | 762.00/ LB |
| 2 | 1204048R93M | RC RACK,HOOD,MRAP ONLY,YEL-RED RACKS | | | 3.00000 EA | 3540.00/ LB |

**INSTRUCTIONS/REMARKS**
SHIPPED FROM BELLS

*RECEIVED*
*AUG 6 2008*
*BY:*

BC 007990

# BCC COPY

be delivered to the consignee
The carrier shall not make

d, received in good order, per:

_S. A. Odle_
**Shipper (CMT) Signature**

_8/6/08_
**Date**

_____
**Carrier (Agent) Signature**

_____
**Date**

| Total Containers: | 3 | Total Weight: | 4302 LB |
|---|---|---|---|



BOL/SID # 123461

SHIP DATE 8/06/08

FREIGHT PREPAID

**STRAIGHT BILL OF LADING – SHORT FORM – Not Negotiable**
RECEIVED subject to the terms of the contract or in the absence of a contract to the carriers tariff effect this date.
If Freight is "Prepaid" mail freight bill to
Core Molding Technologies c/o WFM Enterprises PO Box 435 Orland Park IL 60462

Page: 1

## Quick Receive

(V) Vendor ID    **60012X1**



(2S) ASN Shipment ID /
Quick Receive     **123461**



### SHIP TO

SST26-S
SST TRUCK COMPANY / 062
GARLAND ASSEMBLY PLANT
4030 FOREST LANE
GARLAND, TX 75042

### SHIP FROM

CORE MOLDING TECHNOLOGIES
800 MANOR PARK DRIVE
COLUMBUS, OH 43228

| SUPPLIER CODE | PLANT CODE | TRAILER NO | M.BOL NO | CARRIER | SCAC | F.O.B | SEAL # |
|---|---|---|---|---|---|---|---|
| 60012X1 | 062 | BCC | | MISCELLANEOUS CARRIER | | ORIGIN | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | REL AUTH. NO. | QTY. SHIPPED | SHIPMENT WEIGHT |
|---|---|---|---|---|---|---|
| 1 | 3824635C91<br>CPT#: 3824635C91 | SS573 HOOD,MRD,SFA MIL (FINAL)<br>W/CARC OUTSIDE PAINT | AC247A | | 6.00000 EA | 762.00/ LB |
| 2 | 1204048R93M | RC RACK,HOOD,MRAP ONLY,YEL-RED | RACKS | | 3.00000 EA | 3540.00/ LB |

**INSTRUCTIONS/REMARKS**
SHIPPED FROM BELLS

RECEIVED
AUG 0 6 2008
BY:

delivered to the consignee
e carrier shall not make

eceived in good order, per

Shipper (CMT) Signature      Date  8/6/08

Carrier (Agent) Signature      Date

# BCC COPY

BC 007991

| Total Containers: | 3 | Total Weight: | 4302 LB |
|---|---|---|---|



**BOL/SID #** 123460

**SHIP DATE** 8/06/08

**FREIGHT PREPAID**

## STRAIGHT BILL OF LADING – SHORT FORM – Not Negotiable

RECEIVED subject to the terms of the contract or in the absence of a contract to the carriers tariff effect this date.
If Freight is "Prepaid" mail freight bill to
Core Molding Technologies c/o WFM Enterprises PO Box 435 Orland Park IL 60462

**Page:** 1

### Quick Receive

(V) Vendor ID        60012X1



(2S) ASN Shipment ID /
Quick Receive        123460



| SHIP TO | SHIP FROM |
|---|---|
| SST26-S<br>SST TRUCK COMPANY / 062<br>GARLAND ASSEMBLY PLANT<br>4030 FOREST LANE<br>GARLAND, TX 75042 | CORE MOLDING TECHNOLOGIES<br>800 MANOR PARK DRIVE<br>COLUMBUS, OH 43228 |

| SUPPLIER CODE | PLANT CODE | TRAILER NO | M.BOL NO | CARRIER | SCAC | F.O.B | SEAL # |
|---|---|---|---|---|---|---|---|
| 60012X1 | 062 | BCC | | MISCELLANEOUS CARRIER | | ORIGIN | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO # | REL AUTH. NO. | QTY. SHIPPED | SHIPMENT WEIGHT |
|---|---|---|---|---|---|---|
| 1 | 3824635C91<br>CPT#: 3824635C91 | SS573 HOOD,MRD,SFA MIL (FINAL)<br>W/CARC OUTSIDE PAINT | AC247A | | 6.00000 EA | 762.00/ LB |
| 2 | 1204048R93M | RC RACK,HOOD,MRAP ONLY,YEL-RED | RACKS | | 3.00000 EA | 3540.00/ LB |

**INSTRUCTIONS/REMARKS**
SHIPPED FROM BELLS

RECEIVED
AUG 0 6 2008
BY: _____

BC 007992

# BCC COPY

to be delivered to the consignee
nt: The carrier shall not make

ked, received in good order, per:

Shipper (CMT) Signature         Date   8/6/08

Carrier (Agent) Signature        Date

| Total Containers: | 3 | Total Weight: | 4302 LB |
|---|---|---|---|



**BOL/SID #**    123459

**SHIP DATE**   8/06/08

**FREIGHT**    PREPAID

## STRAIGHT BILL OF LADING – SHORT FORM – Not Negotiable
RECEIVED subject to the terms of the contract or in the absence of a contract to the carriers tariff effect this date.
If Freight is "Prepaid" mail freight bill to
Core Molding Technologies c/o WFM Enterprises PO Box 435 Orland Park IL 60462

**Page: 1**

### Quick Receive

(V) Vendor ID     **60012X1**



(2S) ASN Shipment ID /
Quick Receive    **123459**



| SHIP TO | SHIP FROM |
|---|---|
| SST26-S<br>SST TRUCK COMPANY / 062<br>GARLAND ASSEMBLY PLANT<br>4030 FOREST LANE<br>GARLAND, TX 75042 | CORE MOLDING TECHNOLOGIES<br>800 MANOR PARK DRIVE<br>COLUMBUS, OH 43228 |

| SUPPLIER CODE | PLANT CODE | TRAILER NO | M.BOL NO | CARRIER | SCAC | F.O.B | SEAL # |
|---|---|---|---|---|---|---|---|
| 60012X1 | 062 | BCC | | MISCELLANEOUS CARRIER | | ORIGIN | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO # | REL AUTH. NO. | QTY. SHIPPED | SHIPMENT WEIGHT |
|---|---|---|---|---|---|---|
| 1 | 3824635C91<br>CPT#: 3824635C91 | SS573 HOOD,MRD,SFA MIL (FINAL)<br>W/CARC OUTSIDE PAINT | AC247A | | 6.00000 EA | 762.00/ LB |
| 2 | 1204048R93M | RC RACK,HOOD,MRAP ONLY,YEL-RED | RACKS | | 3.00000 EA | 3540.00/ LB |

**INSTRUCTIONS/REMARKS**
SHIPPED FROM BELLS

RECEIVED
AUG 0 6 2008
BY:

BC 007993

**BCC** COPY

to be delivered to the consignee
nt. The carrier shall not make

ked, received in good order, per:

_____    8/6/08
Shipper (CMT) Signature         Date

_____    _____
Carrier (Agent) Signature         Date

**Total Containers:**   3    **Total Weight:**   4302 LB

**30003966**

KEYBANK NATIONAL ASSOCIATION

**CORE MOLDING TECHNOLOGIES, INC.**
800 MANOR PARK DRIVE
P.O. BOX 28183
COLUMBUS, OH 43228

89-94-1252

| DATE | AMOUNT |
|------|--------|
| 8/31/08 | *****87,360.00 *** |

PAY    EIGHTY-SEVEN THOUSAND*THREE HUNDRED SIXTY ************ 00/100 DOLLARS

TO THE
ORDER
OF

BELLS CUSTOM CONVERSIONS
428 N. FIRST ST

GARLAND, TX, 75040

*AUTHORIZED SIGNATURE*

⑈300039966⑈ ⑆125200947⑆ 720993500712⑈

---

CORE MOLDING TECHNOLOGIES, INC.                **30003966**

| Inv Date | Invoice Number | Amount | Inv Date | Invoice Number | Amount |
|----------|----------------|--------|----------|----------------|--------|
| 6/05/08 | 559254 | 1920.00 | | | |
| 7/25/08 | 559485 | 3200.00 | | | |
| 7/28/08 | 559486 | 5760.00 | | | |
| 7/29/08 | 559489 | 7680.00 | | | |
| 7/29/08 | 559490 | 960.00 | | | |
| 7/30/08 | 559491 | 5760.00 | | | |
| 7/30/08 | 559497 | 3840.00 | | | |
| 7/31/08 | 559503 | 5760.00 | | | |
| 8/01/08 | 559508 | 7040.00 | | | |
| 8/04/08 | 559511 | 12160.00 | | | |
| 8/06/08 | 559512 | 6400.00 | | | |
| 8/07/08 | 559516 | 7680.00 | | | |
| 8/07/08 | 559519 | 7680.00 | | | |
| 8/08/08 | 559523 | 7680.00 | | | |
| 8/09/08 | 559525 | 1920.00 | | | |
| 8/09/08 | 559526 | 1920.00 | | | |

BELLS CUSTOM CONVERSIONS      8/31/08    CHECK TOTAL:    87,360.00

BC 007994



**428 N. First Street Garland, Texas 75040**
**972.487.2275  972.487.2278 Fax**
BellsConversions@verizon.net
**www.BellsCustomConversions.com**

# INVOICE

| | |
|---|---|
| Date: | 8/29/2007 |
| Invoice # | **558326** |
| Due | 8/29/2007 |

| PO # | P22795 |
|---|---|

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| Link Mfg., LTD<br>223 15th ST. NE<br>Sioux Center, IA  51250-2120<br>Att: Phil Brummel | Garland Assembly Plant<br>4030 Forest Lane<br>Garland, TX 75042 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | Liquid Paint 24561022 | 45 | 85.00 | 3,825.00 |
| | * EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

**PAID IN FULL**

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| **Total** | **$3,825.00** |
| Sales Tax (8.25%) | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$3,825.00** |

BC 009211

**LINK MFG., LTD.**
223 15TH ST. NE
SIOUX CENTER, IA 51250-2120
Phone (712) 722-4874
Fax   (712) 722-4863

# PURCHASE ORDER
## P22795
ORDER DATE 8/2/2007
TERMS: Due on receipt
DATE REQUIRED: 8/10/2007

*INNOVATIVE PRODUCTS FOR THE TRANSPORTATION INDUSTRY*

| VENDOR | SHIP TO |
|---|---|
| BELLS CUSTOM CONVERSIONS<br>428 N FIRST ST<br>GARLAND, TX 75040<br>Fax 972-487-2278 Attn Jerry | LINK MFG., LTD.   PLANT 1<br>223 15TH ST NE DOOR 14<br>SIOUX CENTER, IA 51250-2120 |

| | | VENDOR ID | SHIPPING METHOD | F.O.B. | | BUYER |
|---|---|---|---|---|---|---|
| | | BE4500 | FED EX FREIGHT | SIOUX CENTER | | PHILB |

| DUE DATE | ORDER QTY | PART ID / DESCRIPTION | REV LEV | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 8/10/2007 | 15 | 24561022 / LIQUID PAINT 24561022 W 0096146 | | EA | 85.00 | 1,275.00 |
| 8/10/2007 | 15 | 24561022 / LIQUID PAINT 24561022 W0096190 | | EA | 85.00 | 1,275.00 |
| 8/10/2007 | 15 | 24561022 / LIQUID PAINT 24561022 W0096513 | | EA | 85.00 | 1,275.00 |

Total:     $3,825.00

DUE DATE IS IN HOUSE DATE - PLEASE ACKNOWLEDGE VIA FAX

PURCHASING AGENT

100% ON-TIME DELIVERIES ARE REQUIRED. ALL MATERIALS SHALL
SATISFY ALL CURRENT GOVERNMENTAL AND SAFETY CONSTRICTIONS
AS APPLICABLE TO THE COUNTRY OF MANUFACTURE AND SALE.

We are shipping 45 Mrap's today (8.2.07) to Bell for painting.

BC 009212

| Freig ; Bill Number: 458592500 RO   TNBR Number: | | | | | DATE: 08/02/2007 | | | |

**Freig ; Bill Number:** 458592500 RO   **TNBR Number:**   **DATE:** 08/02/2007

Trailer # G253

**Consignee**
BELLS CONVERSION INC
428 N 1ST ST
GARLAND
TX 75040-6508     US

**Shipper**
LINK MFG LTD
223 15TH ST NE
SIOUX CENTER
IA 51250          US

| PIECES | H/U | HM | DESCRIPTION | WGT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|--------|-----|----|-------------|----------|------|-----|-------|------|---------------|
| 4 | | | 712  7224874    :SHIP PHONE #<br>PARTS TO BE PLATED PAINTED<br>4      SKIDS<br>4 SWS 45 PCS | 7556 | 104600-00 | | 050 | 14.240 | 1075.97 |
| | | | 004952  FUEL SURCHG LTL SHPT 8.70% | | | | | | 49.52 |
| | | | 471  LESS DISCOUNT<br>DISCOUNT FXF   40352 0000002.0000 | | | | | 0.471 | -506.78 |

| 4 | 4 | | COLLECT - WILL INVOICE THIRD PARTY | 7556 | | | | | 618.71 |

*ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES*
*CHARGES SUBJECT TO CHANGE*

Bill of Lading Number                    618.71

Delv. Driver & #:

| Date: | Arrive: | Depart: |
|-------|---------|---------|

P.O. Number                              Page 1 of 1

| # of Skids: | # of Pcs: | OS&D #: |
|-------------|-----------|---------|

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____

☐ Over   ☐ Damage      Exceptions:
☐ Short  ☐ Wrap Broken

**CONSIGNEE DELIVERY RECEIPT**

FedEx.
Freight

P.O. BOX 840
HARRISON, AR 72602-0840

**fedex.com**  1.866.393.4585

Reduced fuel surcharge-LTL.fedex.com

**BC 009213**

BELLS CUSTOM CONVERSIONS
428 N FIRST ST
GARLAND, TX 75040

CHECK NO      142069
CHECK DATE    8/31/2007
VENDOR ID     BE4500

| REFERENCE | DOCUMENT NO. | DATE | AMOUNT | DISCOUNT | NET |
|---|---|---|---|---|---|
| | 558326 | 8/29/2007 | $3,825.00 | $0.00 | $3,825.00 |
| | 558328 | 8/29/2007 | $680.00 | $0.00 | $680.00 |

TOTAL                     $4,505.00



Link Manufacturing, Ltd.
223 15th Street N.E.
Sioux Center, IA 51250-2120

712.722.4874

AMERICAN STATE BANK
SIOUX CENTER, IOWA 51250

72-1784/739

DATE            NUMBER

8/31/2007       142069

PAY THIS AMOUNT

$4,505.00

PAY EXACTLY    FOUR THOUSAND FIVE HUNDRED FIVE AND 0/100 DOLLAR

PAY TO THE ORDER OF

BELLS CUSTOM CONVERSIONS
428 N FIRST ST
GARLAND, TX 75040

LINK MFG. LTD.

⑈142069⑈ ⑆073917641⑈ ⑈20 722 9⑈

BC 009214



# INVOICE

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 7/29/2008 |
| Invoice # | **559488** |
| Due | 8/13/2008 |

PO #

*International Supplier No. 10260*

**Bill To**

HENDRICKSON BUMPER AND TRIM
P.O. Box 458
501 Caton Farm Rd.
Joliet, IL 60434
ATTN: Tiffany Norwood

**Ship To**

SST Truck Company
4030 Forest Lane
Garland, TX 75042

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - CARC - 103803 - BUMPER, FRONT 15 DEG SWEPT | 106 | 85.00 | 9,010.00 |
| | B.O.L. # 79343 | | | |
| | EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

PAID IN FULL

e-MAILED
7-29-08

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| **Total** | **$9,010.00** |
| *Sales Tax (8.25%)* | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$9,010.00** |

BC 009266

# STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper's No. **79343**
DATE **7-28-08**



**HENDRICKSON** Stamping

A Boler Company

SST Truck Company
4030 Forest Lane
Garland, TX 75042

NAME OF CARRIER: **BCC**

CARRIER NO.

PO# AH531A

| CUSTOMER P.O. NO. | RELEASE NO. | BOOK NO. | S.O. NO. |
|---|---|---|---|

| QUANTITY | DESCRIPTION |
|---|---|
| 8 Skids | 106 Bumpers (3673298CS) |
| | IC3820XT |

7 Skids of 15
1 Skid of 1

*[illegible stamp]*
Prepared/corrected
Office
Time 7-24
All Packages Standing
Inspected by SSTA ___ or
Subject to Quantity Verification
Subject to Quality Inspection

**Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:**
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**HENDRICKSON**

_____
(Signature of consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges
advanced: $_____

The Fibre Boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Consolidated Freight Classification.

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Scan & e-mail = 7/29/08

**BCC**COPY

| ARTICLES, KS AND ONS | *WEIGHT SUB. TO COR. | NO. PACK-AGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUB. TO COR. |
|---|---|---|---|---|
| RTS, S | | | TRACTOR PARTS, NOI, IOS | |
| S OR SPARE EL, STEEL | | | | |
| S OR SPARE EL, STEEL | | | | |

all state whether it is carrier's or shipper's weight.
agreed or declared value of the property.

**BC 009267**

Permanent post-office address of shipper: P.O. Box 456, Joliet, IL 60434

Agent Per _____

# ⦗H⦘HENDRICKSON

| INVOICE NUMBER | INVOICE DATE | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| 559488 | 07/29/08 | 9010.00 | | 9010.00 |
| | TOTAL: | 9,010.00 | | 9,010.00 |

DETACH BEFORE DEPOSITING    HENDRICKSON BUMPER AND TRIM  CREST HILL, IL  60435    NOT GOOD AFTER 30 DAYS

## ⦗H⦘HENDRICKSON

Bumper and Trim

a Boler Company

501 Caton Farm Road
Crest Hill, IL  60435

Controlled Disbursement
Bank of America, N.A.
Northbrook, Illinois

70-2328
719 IL

No.    511038

| CHECK NUMBER | CHECK DATE | CHECK AMOUNT |
|---|---|---|
| 511038 | 08/08/08 | *******9,010.00 |

PAY  *NINE THOUSAND TEN AND NO/100 DOLLARS*

TO
THE
ORDER
OF

BELLS CONVERSIONS INC
428 N. FIRST ST
GARLAND TX 75040

BC 009268

*James M Colby*

Authorized Signature



MP



# INVOICE

**CUSTOM CONVERSIONS**

428 N. First Street  Garland, Texas  75040
972.487.2275  972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 3/20/2008 |
| Invoice # | **558839** |
| Due | 4/4/2008 |

| PO # | P18283 |
|---|---|

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| SFI of Tennessee, LLC.<br>4768 Hungerford Road<br>Memphis, TN 38118 | 1036 Nicholson RD.<br>Garland, TX 75042 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - CARC - 0147120565-00 Bracket (3821145C1) | 656 | 11.24 | 7,373.44 |
| | EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS<br>* ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS<br>CONTROL AND PRODUCT QUALITY. | | | |

PAID IN FULL

MAILED
3/20 11:57 AM DB

| | | |
|---|---|---|
| **Total** | | **$7,373.44** |
| *Sales Tax (8.25%)* | | $0.00 |
| Pmts/Credits | | $0.00 |
| **Balance Due** | | **$7,373.44** |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

BC 009443

# PURCHASE ORDER

Our purchase order number must appear on invoice, B/L. bundles, cases, packing lists and correspondence.

SFI of Tennessee, LLC.

4768 Hungerford Road
Memphis, TN 38118
(901) 363-1571 x 1901 363 1571
Fax: (901) 795-2252

P.O. Number: **P18283**
Page Number: 1    X

| Vendor Address | Ship To Address |
|---|---|
| BELLS CUSTOM CONVERSIONS<br>409 N. FIRST STREET<br>GARLAND, TX 75040 | SAG<br>1036 NICHOLSON RD.<br>GARLAND, TX 75042 |

| VENDOR ID | BUYER | TERMS | | F.O.B. | |
|---|---|---|---|---|---|
| 13443 | ALC | Net 15 | | **DESTINATION** | |
| CONTACT | | SHIPPING METHOD | | ORDER DATE | DATE REQUIRED |
| DAVID | | BEST WAY | | 3/4/2008 | 3/8/2008 |
| QTY | PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |

| QTY | PART ID | UM | DESCRIPTION | UNIT COST | EXTENDED COST |
|---|---|---|---|---|---|
| 336.00 | 0147120565-00 | (EA) | BRACKET (3821145C1)<br>CARC PAINT 0147120565-00<br>MUST MEET PRINT SPECIFICATIONS<br>HOT SHOT ITEMS TO BELLS CONVERSIONS<br>TO BE THERE AT 6:00 AM. iTEMS NEED TO BE AT<br>SAG AT 6:00 AM 03/05<br>Used by W72584/1 Op# 40 | $11.2400 | $3,776.64 |
| 320.00 | 0147120565-00 | (EA) | BRACKET (3821145C1)<br>CARC PAINT 0147120565-00<br>MUST MEET PRINT SPECIFICATIONS<br>Used by W72584/1 Op# 40 | $11.2400 | $3,596.80 |

FREIGHT:     $0.00

ORDER TOTAL:     $7,373.44

This contract Shall be governed by the applicable provisions relating to affirmative action and non-discrimination obligations of government. contractors and subcontractors, including OFCCP Rules & Regulations 41 C.F.R. 60-1.4 (a); 41 C.F.R. 60-250.4 (a); 41 C.F.R. 60-741.4 (a);. and, 41 C.F.R. 61-250.10, which are incorporated in this Agreement by reference.

BC 009444

| OUR REF. NO. | YOUR INV. NO. | INV. DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 59623 | 558839 | 3/20/2008 | $7,373.44 | $7,373.44 | $0.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.

**SFI OF TENNESSEE, LLC**
4768 HUNGERFORD ROAD
MEMPHIS, TN 38118
(901) 363-1571

**WELLS FARGO BANK, N.A.**
115 Hospital Drive
Van Wert, OH 45891

56-382 / 412
9600052596

**617675**

| CONTROL NO. | DATE |
|---|---|
| 617675 | 6/5/2008 |

AMOUNT

SEVEN THOUSAND THREE HUNDRED SEVENTY-THREE DOLLARS AND 44 CENTS

$7,373.44

BELLS CUSTOM CONVERSIONS
409 N. FIRST STREET
GARLAND, TX 75040

VOID AFTER 60 DAYS

⑈617675⑈ ⑆041203824⑆ 9600052596⑈

BC 009445



# INVOICE

**BELLS**
CUSTOM CONVERSIONS

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 6/30/2008 |
| Invoice # | **559434** |
| Due | 7/15/2008 |

PO #

*International Supplier No. 10260*

**Bill To**
SFI of Arkansas, LLC.
670 Equity Avenue
Conway, AR 72032
FAX: 501-329-7296

**Ship To**
SST TRUCK COMPANY
4030 Forest Lane
Garland, TX 75042

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| 0147020879-00 | Carc Paint - DCM Cover (3821696C2)<br>Material shipped on 5-24-08 per BOL 677921<br><br><br>EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS<br>* ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS<br>CONTROL AND PRODUCT QUALITY. | 192 | 30.82 | 5,917.44 |

**PAID IN FULL**

e-MAILED
6-30-2008

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| **Total** | **$5,917.44** |
| *Sales Tax (8.25%)* | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$5,917.44** |

BC 009543

**CARRIER:** **Conway Courier Service, Inc.**
**dba CCS Transportation, Inc.**
P.O. Box 640
Conway, AR 72033
(501) 327-1133 — Conway
(501) 372-5933 — Little Rock

24' 50' Van

NO. 677921

**Straight Bill Of Lading**

PICKED UP AT _____ DATE _____

FROM
SHIPPER _Sts of Ark_

TO
CONSIGNEE _Bells Custom_          _Cumberland Ft_

CONNECTING CARRIER: FROM _____ TO _____

SHIPPER'S COPY

| NO. PIECES | DESCRIPTION | WEIGHT | RATE | AMOUNT | PREPAID |
|---|---|---|---|---|---|
| 8 | Slabs    4x7 | 300 | | | |
| | | | | | |
| | | | | | COLLECT |
| VT | | | | | BC 009544 |

TOTAL CHARGE PAYABLE TO CARRIER

THIS SHIPMENT RECEIVED SUBJECT TO TERMS AND CONDITIONS OF UNIFORM MOTOR CARRIER'S BILL OF LADING AS SHOWN IN TARIFF AND CLASSIFICATION FILED WITH THE INTERSTATE COMMERCE COMMISSION.

ALL CLAIMS MUST BE PRESENTED WITHIN 24 HOURS AFTER DELIVERY. THIS FREIGHT BILL IS DUE AND PAYABLE WITHIN STATED TERMS PER I. C. C. REGULATIONS

RECEIVED IN GOOD ORDER

FIRM

BY                    DEL'D BY          DATE

This is to certify that the herein named materials are properly classified, described, packaged, marked and labeled, and are, in proper condition for transportation according to the applicable regulations of the Department of Transportation.

This Memorandum ............ is an acknowledgement that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

Name of Carrier **CCS**

Shipper No. *21398*
Date *5/22/08*

Carrier No.

| TO: Consignee | BELL CONVERSIONS | FROM: Shipper | SFI OF ARKANSAS |
|---|---|---|---|
| Street | 409 N. FIRST ST. | Street | 670 EQUITY AVE |
| Destination | GARLAND, TX 75040    Zip Code | Origin | CONWAY, AR. 72032 |

Route

Vehicle Number *Hot Shot*

| Number of Shipping Units | HM* | Kind of Packaging, Description of Articles Special Marks and Exceptions | *Weight (Subject to Correction) | Rate or Class | CHARGES |
|---|---|---|---|---|---|
| *8* | | *Units* | *6,720 lbs* | | |
| | | HARDWARE NOI STEEL ITEM # 95190 CLASS 70 FREIGHT COLLECT THIRD PARTY BILL TO SFI OF TENNESSEE 4768 HUNGERFORD ROAD MEMPHIS, TN 38131 | | | |

REMIT C.O.D. TO:

ADDRESS

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE CONSIGNEE'S NAME - OR AS OTHERWISE PROVIDED IN ITEM 430, SEC. 1.

**COD**     Amt: $

C.O.D. FEE:
PREPAID
COLLECT     $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

†The fibre containers used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 41 of the Uniform Freight Classification and Rule 5 of the National Motor Freight Classification.
"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$ _____ PER _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*Monnis Roberts*

'Signature of Consignor

TOTAL CHARGES

FREIGHT CHARGES

FREIGHT PREPAID     Check box if except when box     charges are to at right is checked     be collect

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said

destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are property classified, described, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER     CARRIER
PER *Lee Adams   5/22/08*     PER *Vernon Watson*   DATE *5.22.08*     *3*

*MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.
Permanent post-office address of shipper.

BC 009545



## SHIPPING DOCUMENT
### SST PARTS

| SHIPPER: | RECIEVER: |
|---|---|
| Bells Custom Conversions<br>428 N. First ST.<br>Garland, TX 75040<br>972-487-2275 | SST Truck Company<br>4030 Forest Lane<br>Garland, TX 75042 |

| PART# | DESCRIPTION | QTY |
|---|---|---|
| 3674972C91 | LH HEADLIGHT | |
| 3674973C91 | RH HEADLIGHT | |
| 3674978C91 | LH SIDE MARKER LIGHT | |
| 3674979C91 | RH SIDE MARKER LIGHT | |
| 3674982C1 | LH MIRROR, HOOD MTD | |
| 3674983C1 | RH MIRROR, HOOD MTD | |
| 3821696C2 | DCM Cover | 192 |
| 3826341C1 | GRILLE SUPPORT | |
| 3826342C1 | GRILLE SUPPORT | |

CALARK#    BCC

# BCC COPY

# of Skids:    12

_Kolby S Hamilton_    5/24/08
Bells Custom Conversions     Date

_(signature)_    5/24/08
SST Truck Company     Date

BC 009546

VENDOR

| OUR REF. NO. | YOUR INV. NO. | INV. DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| V45971 | 559435 | 6/30/2008 | $4,438.08 | $4,438.08 | $0.00 |
| V45972 | 559434 | 6/30/2008 | $5,917.44 | $5,917.44 | $0.00 |
| V45973 | 559433 | 6/30/2008 | $5,146.94 | $5,146.94 | $0.00 |
| V45974 | 559432 | 6/30/2008 | $6,657.12 | $6,657.12 | $0.00 |
| V45975 | 559430 | 6/30/2008 | $1,787.56 | $1,787.56 | $0.00 |
| V45977 | 559438 | 6/30/2008 | $8,136.48 | $8,136.48 | $0.00 |
| V45978 | 559437 | 6/30/2008 | $5,177.76 | $5,177.76 | $0.00 |
| V45979 | 559436 | 6/30/2008 | $6,657.12 | $6,657.12 | $0.00 |
| V45980 | 559431 | 6/30/2008 | $5,301.04 | $5,301.04 | $0.00 |

NO. 313754

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.

**SFI OF ARKANSAS, LLC**
P.O. BOX 159
CONWAY, AR 72032
(501) 329-8328

WELLS FARGO BANK, N.A.
115 Hospital Drive
Van Wert, OH 45891

56-382 / 412
9600052602

313754

CONTROL NO.
313754

DATE
8/14/2008

PAY    FORTY-NINE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND 54 CENTS

AMOUNT
$49,219.54

TO THE
ORDER
OF

BELLS CUSTOM CONVERSIONS
409 N. FIRST ST
GARLAND, TX 75040
USA

VOID AFTER 60 DAYS

⑈313754⑈ ⑆041203824⑆ 9600052602⑈

BC 009547

VENDOR

| OUR REF. NO. | YOUR INV. NO. | INV. DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| V45971 | 559435 | 6/30/2008 | $4,438.08 | $4,438.08 | $0.00 |
| V45972 | 559434 | 6/30/2008 | $5,917.44 | $5,917.44 | $0.00 |
| V45973 | 559433 | 6/30/2008 | $5,146.94 | $5,146.94 | $0.00 |
| V45974 | 559432 | 6/30/2008 | $6,657.12 | $6,657.12 | $0.00 |
| V45975 | 559430 | 6/30/2008 | $1,787.56 | $1,787.56 | $0.00 |
| V45977 | 559438 | 6/30/2008 | $8,136.48 | $8,136.48 | $0.00 |
| V45978 | 559437 | 6/30/2008 | $5,177.76 | $5,177.76 | $0.00 |
| V45979 | 559436 | 6/30/2008 | $6,657.12 | $6,657.12 | $0.00 |
| V45980 | 559431 | 6/30/2008 | $5,301.04 | $5,301.04 | $0.00 |

NO. 313754

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED

**SFI OF ARKANSAS, LLC**
P.O. BOX 159
CONWAY, AR 72032
(501) 329-8328

WELLS FARGO BANK, N.A.
115 Hospital Drive
Van Wert, OH 45891

56-382 / 412
9600052602

313754

CONTROL NO. 313754     DATE 8/14/2008

PAY FORTY-NINE THOUSAND TWO HUNDRED NINETEEN DOLLARS AND 54 CENTS

AMOUNT $49,219.54

TO THE ORDER OF
BELLS CUSTOM CONVERSIONS
409 N. FIRST ST
GARLAND, TX 75040
USA

VOID AFTER 60 DAYS

⑆313754⑆ ⑆041203824⑆ 9600052602⑆

BC 009548



# INVOICE

**CUSTOM CONVERSIONS**

428 N. First Street Garland, Texas 75040
972.487.2275  972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 10/25/2007 |
| Invoice # | **558430** |
| Due | 10/25/2007 |
| PO # | 004297 |

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| PROFORM<br>12662 INTERNATIONAL PKWY<br>DALLAS, TX 75228<br>ATTN: BILL CASEY<br>214.206.4101 | TRAILER AT BCC<br>972.487.2275<br>DAVID |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | Paint - 3819852C1 - BATTERY HOLD DOWN BRACKET | 0 | 5.00 | 0.00 |
| | Paint - 3819749C1 - FRONT BATTERY BOX MOUNT | 62 | 20.00 | 1,240.00 |
| | Paint - 3819750C1 - REAR BATTERY BOX MOUNT | 32 | 20.00 | 640.00 |
| | Paint - 3821387C1 - SPACER PLATE | 0 | 5.00 | 0.00 |
| | Paint - 3820065C2 - FUEL TANK BRACKET | 0 | 25.00 | 0.00 |
| | Paint - 3819955C92 - FUEL TANK | 0 | 200.00 | 0.00 |
| | Paint - 3533104C2 - FUEL TANK STRAP | 0 | 15.00 | 0.00 |
| | Paint - 3819698C1 - AIR TANK ASSEMBLY | 10 | 200.00 | 2,000.00 |
| | EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |
| | This invoice is for parts produced 10/11/07 (DB) | | | |

**PAID IN FULL**

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| Total | $3,880.00 |
| Sales Tax (8.25%) | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$3,880.00** |

BC 009641

TO: BELLS CUSTOM CONVERSIONS
    428 N. First Street
    Garland, Texas  75040

Fax#: 972-487-2278


FROM: PROFORM INDUSTRIES LIMITED
      12662 International Pkwy
      Dallas, Texas  75228

Phone#: 214-206-4100
Fax #:   214-206-4104


DATE: 10-11-2007


Front Battery Box Mount            3819749L2          62 Pieces
Rear Battery Box Mount             3819750L2          30 Pieces


Date Needed Return:   10/11/2007    today @ noon


BC 009642

TO: BELLS CUSTOM CONVERSIONS
   428 N. First Street
   Garland, Texas  75040

Fax#: 972-487-2278


FROM: PROFORM INDUSTRIES LIMITED
   12662 International Pkwy
   Dallas, Texas  75228

Phone#: 214-206-4100
Fax #:   214-206-4104


DATE: 10-11-2007


3819698L2          Air Tank Assembly          10 Pieces


Date Needed Return:  10/11/2007     today @ noon


BC 009643

PROFORM INDUSTRIES, LTD.                                                    5676

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 010619 | 558427 | 9/24/2007 | 4,200.00 | 4,200.00 | 0.00 | 0.00 |
| 010662 | 558431 | 10/25/2007 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 010721 | 558430 | 10/25/2007 | 3,880.00 | 3,880.00 | 0.00 | 9,080.00 |

5676

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
25-2-440

**PROFORM INDUSTRIES, LTD.**
4400 DON CAYO DRIVE
MUSKOGEE, OK 74403
(918) 682-8666

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 11/6/2007 | 005676 | $******9,080.00 |

PAY   Nine Thousand Eighty and 00/100------------------------------------------------- Dollars

TO THE
ORDER
OF     Bells Custom Conversions
       428 N First Street
       Garland, TX  75040

                                                                              MP

⑅005676⑅ ⑊044000024⑊ 0189225048⑊

BC 009644



# INVOICE

Date: **2/4/2008**

Invoice # **558629**

Due 3/5/2008

428 N. First Street Garland, Texas 75040
972.487.2275 972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

PO #

*International Supplier No. 10260*

PAID

**Bill To**

International Military and Gov.
Attn: Pat Kelley, Rick Baron
4201 Winfield Rd.
Warrenville, IL  60555

**Ship To**

SST Truck Company
4030 Forest Lane
Garland, TX 75042
Attn: Jason Seals

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| | PAINT - 3674970C91 - Grille surround assy. | 0 | 45.00 | 0.00 |
| | PAINT - 3674972C91 - LH headlight sealed beam | 360 | 25.00 | 9,000.00 |
| | PAINT - 3674973C91 - RH headlight sealed beam | 342 | 25.00 | 8,550.00 |
| | PAINT - 3674978C91 - LH side marker assy. | 336 | 10.00 | 3,360.00 |
| | PAINT - 3674979C91 - RH side marker assy. | 336 | 10.00 | 3,360.00 |
| | PAINT - 3674982C1 - Mirror assy, hood mtd - LH | 532 | 25.00 | 13,300.00 |
| | PAINT - 3674983C1 - Mirror assy, hood mtd - RH | 538 | 25.00 | 13,450.00 |
| | PAINT - 3674988C1 - Bar, torsion, hood assist - LH | 105 | 5.00 | 525.00 |
| | PAINT - 3674989C2 - Bar, torsion, hood assist - RH | 136 | 5.00 | 680.00 |
| | PAINT - 3671690C1 - Upper grille brackets | 0 | 5.00 | 0.00 |
| | PAINT - 3820283C1 - Angle air cleaner brkt | 0 | 5.00 | 0.00 |
| | PAINT - 3819401C2 - Air cleaner brkts | 0 | 5.00 | 0.00 |
| | PAINT - 3822016C1 - ESC Brkts | 0 | 15.00 | 0.00 |
| | PAINT - 3820240C2 - Crossmember front | 0 | 90.00 | 0.00 |
| | PAINT - 3673295C91 - Winch, carrier, front | 0 | 15.00 | 0.00 |
| | PAINT - 3673293C2 - Brace, tow pin, front | 0 | 10.00 | 0.00 |
| | PAINT - 3673298C3 - Bumper, front 15 deg swept | 0 | 100.00 | 0.00 |
| | PAINT - 3674106C1 - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674107C1 - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674108C2 - Panel, light inst assy. | 0 | 15.00 | 0.00 |
| | PAINT - 3674109C2 - Panel, light inst assy. | 0 | 15.00 | 0.00 |
| | PAINT - 3821112C1 - Extension, winch remote control | 0 | 25.00 | 0.00 |
| | PAINT - 3671686C1 - Support, assy, lower grille mount | 0 | 15.00 | 0.00 |
| | PAINT - 3820018C91 - Support, assy, grille LH isolation mount | 0 | 350.00 | 0.00 |
| | PAINT - 3671687C1 - Support, assy, grille LH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3671688C1 - Support, assy, grille, RH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3819553C1 - Brace, instr panel, assy, IP mounting, LH | 0 | 10.00 | 0.00 |
| | PAINT - 3819554C1 - Brace, instr panel, assy, IP mounting, RH | 0 | 10.00 | 0.00 |
| | PAINT - 3820153C1 - Guide, hood, support | 0 | 10.00 | 0.00 |
| | PAINT - 3763291C1 - Hook, tow | 0 | 20.00 | 0.00 |
| | PAINT - 3820874C2 - Support, fuel tank | 0 | 25.00 | 0.00 |
| | PAINT - 3819085C2 - Guard, muffler | 0 | 15.00 | 0.00 |
| | PAINT - 3819470C1 - TCM bracket | 0 | 10.00 | 0.00 |
| | PAINT - 3671071C1 - Bumper, pintle hook | 0 | 20.00 | 0.00 |
| | PAINT - 3673289C2 - Crossmember mtg bracket | 0 | 25.00 | 0.00 |

PAID IN FULL

| | |
|---|---|
| **Total** | |
| *Sales Tax (8.25%)* | |
| Pmts/Credits | |
| **Balance Due** | |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

Page 1

BC 014688



# INVOICE

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

PAID

| | |
|---|---|
| Date: | **2/4/2008** |
| Invoice # | **558629** |
| Due | 3/5/2008 |

| PO # |
|---|

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| International Military and Gov.<br>Attn: Pat Kelley, Rick Baron<br>4201 Winfield Rd.<br>Warrenville, IL  60555 | SST Truck Company<br>4030 Forest Lane<br>Garland, TX 75042<br>Attn: Jason Seals |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - 3673290C2   - Crossmember mtg bracket | 0 | 25.00 | 0.00 |
| | * EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

| | | |
|---|---|---|
| **Total** | | **$52,225.00** |
| *Sales Tax (8.25%)* | | $0.00 |
| Pmts/Credits | | $-52,225.00 |
| **Balance Due** | | **$0.00** |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

Page 2

BC  014689

And Affiliated Companies
International Accounting Center
Knoxville, TN 37919-3805



Check Number: 4403231507

Check Date: 03/12/08

Supplier No.: 10260

PG 1 OF 1

In full settlement of account as stated below

```
0000333 01 SP          T1 3 3948 75040
Il..l..l.ll..ull..ul..l.l..ll.l...ll..ll.l..l..l.l
BELL CONVERSION
428 N. FIRST STREET
GARLAND, TX 75040-6508
```

| PURCHASE DOCUMENT NO. | INVOICE NO. | LOC./SOURCE | AMOUNT |
|---|---|---|---|
| 0000000878 | 558564 | 41400 BT | $60,860.00 |
| 0000001005 | 558629 | 41400 BT | $52,225.00 |
| | | TOTAL CHECK AMOUNT | $113,085.00 |

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

CHECK# 4403231507  ATTACHED BELOW



**INTERNATIONAL TRUCK AND ENGINE CORPORATION**
And Affiliated Companies
International Accounting Center
Knoxville, TN 37919-3805
03  000  10260

62-20
311

Check Number: 4403231507

Check Date: 03/12/08

*********$113,085.00

PAY TO
THE ORDER OF:
BELL CONVERSION
428 N. FIRST STREET
GARLAND, TX 75040-6508

International Truck and
Engine Corporation

*One Hundred Thirteen Thousand Eighty Five and 00/100 Dollars*

CITIBANK, N.A.
ONE PENN'S WAY, NEW CASTLE DE 19720

*TM Endsley*
Vice President & Treasurer

⑈4403231507⑈ ⑆031100209⑆ 3872647 2⑈

BC 014690



# INVOICE

**CUSTOM CONVERSIONS**

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 1/22/2008 |
| Invoice # | **558564** |
| Due | 2/21/2008 |

| PO # | 41400-0000000416 |
|---|---|

*International Supplier No. 10260*

**Bill To**
International Military and Gov.
Attn: Pat Kelley, Rick Baron
4201 Winfield Rd.
Warrenville, IL  60555

**Ship To**
SST Truck Company
4030 Forest Lane
Garland, TX 75042
Attn: Jason Seals

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - 3674970C91 - Grille surround assy. | 0 | 45.00 | 0.00 |
| | PAINT - 3674972C91 - LH headlight sealed beam | 618 | 25.00 | 15,450.00 |
| | PAINT - 3674973C91 - RH headlight sealed beam | 610 | 25.00 | 15,250.00 |
| | PAINT - 3674978C91 - LH side marker assy. | 508 | 10.00 | 5,080.00 |
| | PAINT - 3674979C91 - RH side marker assy. | 508 | 10.00 | 5,080.00 |
| | PAINT - 3674982C1 - Mirror assy, hood mtd - LH | 364 | 25.00 | 9,100.00 |
| | PAINT - 3674983C1 - Mirror assy, hood mtd - RH | 350 | 25.00 | 8,750.00 |
| | PAINT - 3674988C1 - Bar, torsion, hood assist - LH | 170 | 5.00 | 850.00 |
| | PAINT - 3674989C2 - Bar, torsion, hood assist - RH | 260 | 5.00 | 1,300.00 |
| | PAINT - 3671690C1 - Upper grille brackets | 0 | 5.00 | 0.00 |
| | PAINT - 3820283C1 - Angle air cleaner brkt | 0 | 5.00 | 0.00 |
| | PAINT - 3819401C2 - Air cleaner brkts | 0 | 5.00 | 0.00 |
| | PAINT - 3822016C1 - ESC Brkts | 0 | 15.00 | 0.00 |
| | PAINT - 3820240C2 - Crossmember front | 0 | 90.00 | 0.00 |
| | PAINT - 3673295C91 - Winch, carrier, front | 0 | 15.00 | 0.00 |
| | PAINT - 3673293C2 - Brace, tow pin, front | 0 | 10.00 | 0.00 |
| | PAINT - 3673298C3 - Bumper, front 15 deg swept | 0 | 100.00 | 0.00 |
| | PAINT - 3674106C1 - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674107C1 - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674108C2 - Panel, light mnt assy | 0 | 15.00 | 0.00 |
| | PAINT - 3674109C2 - Panel, light mnt assy | 0 | 15.00 | 0.00 |
| | PAINT - 3821112C1 - Extension, winch remote control | 0 | 25.00 | 0.00 |
| | PAINT - 3671686C1 - Support, assy, lower grille mount | 0 | 15.00 | 0.00 |
| | PAINT - 3820018C91 - Hood | 0 | 350.00 | 0.00 |
| | PAINT - 3671687C1 - Support, assy, grille, LH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3671688C1 - Support, assy, grille, RH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3819553C1 - Brace, instr panel, assy, IP mounting, LH | 0 | 10.00 | 0.00 |
| | PAINT - 3819554C1 - Brace, instr panel, assy, IP mounting, RH | 0 | 10.00 | 0.00 |
| | PAINT - 3820153C1 - Guide, hood, support | 0 | 10.00 | 0.00 |
| | PAINT - 3763291C1 - Hook, tow | 0 | 10.00 | 0.00 |
| | PAINT - 3820874C2 - Support, fuel tank | 0 | 20.00 | 0.00 |
| | PAINT - 3819085C2 - Guard, muffler | 0 | 25.00 | 0.00 |
| | PAINT - 3819470C1 - TCM bracket | 0 | 15.00 | 0.00 |
| | PAINT - 3671071C1 - Bumper, pintle hook | 0 | 10.00 | 0.00 |
| | PAINT - 3673289C2 - Crossmember mtg bracket | 0 | 20.00 | 0.00 |
| | | | 25.00 | 0.00 |

**PAID IN FULL**

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

Page 1

| | |
|---|---|
| **Total** | |
| *Sales Tax (8.25%)* | |
| Pmts/Credits | |
| **Balance Due** | |

BC  014691



# INVOICE

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 1/22/2008 |
| Invoice # | **558564** |
| Due | 2/21/2008 |

| PO # | 41400-0000000416 |
|---|---|

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| International Military and Gov.<br>Attn: Pat Kelley, Rick Baron<br>4201 Winfield Rd.<br>Warrenville, IL  60555 | SST Truck Company<br>4030 Forest Lane<br>Garland, TX 75042<br>Attn: Jason Seals |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - 3673290C2   - Crossmember mtg bracket | 0 | 25.00 | 0.00 |
| | * EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS<br>CONTROL AND PRODUCT QUALITY. | | | |

BC  014692

| | | |
|---|---|---|
| **Total** | | **$60,860.00** |
| Sales Tax (8.25%) | | $0.00 |
| Pmts/Credits | | $0.00 |
| **Balance Due** | | **$60,860.00** |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

Page 2

And Affiliated Companies
International Accounting Center
Knoxville, TN 37919-3805



0000333 01 SP     T1 3 3948 75040
Ilalhalllnnallilinlallalhllunkelullnlilmllil
BELL CONVERSION
428 N. FIRST STREET
GARLAND, TX 75040-6508

Check Number:  4403231507

Check Date:  03/12/08

Supplier No.:  10260

PG 1 OF 1

In full settlement of account as
stated below

| PURCHASE DOCUMENT NO. | INVOICE NO. | LOC./SOURCE | AMOUNT |
|---|---|---|---|
| 0000000878 | 558564 | 41400 BT | $60,860.00 |
| 0000001005 | 558629 | 41400 BT | $52,225.00 |
| | | TOTAL CHECK AMOUNT | $113,085.00 |

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

CHECK#  4403231507   ATTACHED BELOW



INTERNATIONAL TRUCK AND
ENGINE CORPORATION
And Affiliated Companies
International Accounting Center
Knoxville, TN 37919-3805
03  000   10260

62-20
311

Check Number: 4403231507

Check Date: 03/12/08

********$113,085.00

International Truck and
Engine Corporation

.Y TO
.E ORDER OF:

BELL CONVERSION
428 N. FIRST STREET
GARLAND, TX 75040-6508

_ne Hundred Thirteen Thousand Eighty Five and 00/100 Dollars_

.ITIBANK, N.A.
.HE PENN'S WAY, NEW CASTLE DE 19720

*TM Endsley*
Vice President & Treasurer

II"4403231507II" I:031100209I: 38726472II"

BC 014693

# INVOICE

**BELLS**
CUSTOM CONVERSIONS

428 N. First Street  Garland, Texas  75040
972.487.2275  972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | **10/19/2007** |
| Invoice # | **558440** |
| Due | 11/19/2007 |
| PO # | 782628 |

*International Supplier No. 10260*

| Bill To | Ship To |
|---|---|
| International Truck and Engine<br>Caller SVC 59009<br>Knoxville, TN 37950 | SST TRUCK COMPANY<br>4030 Forest Lane<br>Garland, Texas 75042 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - 3674970C91 - Grille surround assy. | 0 | 45.00 | 0.00 |
| | PAINT - 3674972C91 - LH headlight sealed beam | 16 | 25.00 | 400.00 |
| | PAINT - 3674973C91 - RH headlight sealed beam | 16 | 25.00 | 400.00 |
| | PAINT - 3674978C91 - LH side marker assy. | 16 | 10.00 | 160.00 |
| | PAINT - 3674979C91 - RH side marker assy. | 16 | 10.00 | 160.00 |
| | PAINT - 3674982C1  - Mirror assy, hood mtd - LH | 16 | 25.00 | 400.00 |
| | PAINT - 3674983C1  - Mirror assy, hood mtd - RH | 16 | 25.00 | 400.00 |
| | PAINT - 3674988C1  - Bar, torsion, hood assist - LH | 16 | 5.00 | 80.00 |
| | PAINT - 3674989C2  - Bar, torsion, hood assist - RH | 16 | 5.00 | 80.00 |
| | PAINT - 3671690C1  - Upper grille bracket | 0 | 5.00 | 0.00 |
| | PAINT - 3820283C1  - Angle air cleaner brkt | 0 | 5.00 | 0.00 |
| | PAINT - 3819401C2  - Air cleaner brkts | 0 | 5.00 | 0.00 |
| | PAINT - 3822016C1  - ESC brkts | 0 | 15.00 | 0.00 |
| | PAINT - 3820240C2  - Crossmember front | 0 | 90.00 | 0.00 |
| | PAINT - 3673295C91 - Winch, carrier, front | 0 | 15.00 | 0.00 |
| | PAINT - 3673293C2  - Brace, tow pin, front | 0 | 10.00 | 0.00 |
| | PAINT - 3673298C3  - Bumper, front 15 deg swept | 0 | 100.00 | 0.00 |
| | PAINT - 3674106C1  - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674107C1  - Brace, frt bumper | 0 | 30.00 | 0.00 |
| | PAINT - 3674108C2  - Panel, light mnt assy. | 0 | 15.00 | 0.00 |
| | PAINT - 3674109C2  - Panel, light mnt assy. | 0 | 15.00 | 0.00 |
| | PAINT - 3821112C1  - Extension, winch remote control | 0 | 25.00 | 0.00 |
| | PAINT - 3671686C1  - Support, assy, lower grille mount | 0 | 15.00 | 0.00 |
| | PAINT - 3820018C91 - Hood | 16 | 350.00 | 5,600.00 |
| | PAINT - 3671687C1  - Support, assy, grille, LH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3671688C1  - Support, assy, grille, RH isolation mount | 0 | 15.00 | 0.00 |
| | PAINT - 3819553C1  - Brace, instr panel, assy, IP mounting, LH | 0 | 10.00 | 0.00 |
| | PAINT - 3819554C1  - Brace, instr panel, assy, IP mounting, RH | 0 | 10.00 | 0.00 |
| | PAINT - 3820153C1  - Guide, hood, support | 0 | 10.00 | 0.00 |
| | PAINT - 3763291C1  - Hook, tow | 0 | 20.00 | 0.00 |
| | PAINT - 3820874C2  - Support, fuel tank | 0 | 25.00 | 0.00 |
| | PAINT - 3819085C2  - Guard, muffler | 0 | 15.00 | 0.00 |
| | PAINT - 3819470C1  - TCM bracket | 0 | 10.00 | 0.00 |
| | PAINT - 3671071C1  - Bumper, pintle hook | 0 | 20.00 | 0.00 |

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

Page 1

| | |
|---|---|
| **Total** | |
| *Sales Tax (8.25%)* | |
| Pmts/Credits | |
| **Balance Due** | |

BC 015061



# INVOICE

CUSTOM CONVERSIONS

428 N. First Street  Garland, Texas  75040
972.487.2275   972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| | |
|---|---|
| Date: | 10/19/2007 |
| Invoice # | **558440** |
| Due | 11/19/2007 |

| PO # | 782628 |
|---|---|

*International Supplier No. 10260*

| **Bill To** | **Ship To** |
|---|---|
| International Truck and Engine<br>Caller SVC 59009<br>Knoxville, TN 37950 | SST TRUCK COMPANY<br>4030 Forest Lane<br>Garland, Texas 75042 |

| Item | Description | Qty | Rate | Total |
|---|---|---|---|---|
| | PAINT - 3673289C2   - Crossmember mtg bracket | 0 | 25.00 | 0.00 |
| | PAINT - 3673290C2   - Crossmember mtg bracket | 0 | 25.00 | 0.00 |
| | | | | |
| | * EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

| | | |
|---|---|---|
| *We Appreciate Your Business!!!* | **Total** | **$7,680.00** |
| *www.BellsCustomConversions.com* | Sales Tax (8.25%) | $0.00 |
| | Pmts/Credits | $0.00 |
| Page 2 | **Balance Due** | **$7,680.00** |

BC  015062

PURCHASE ORDER                                                    Original

BELL CONVERSION                      Delivery address
428 N. FIRST STREET                  SST Main Receiving Warehouse
GARLAND, TX                          SST Truck Company, LLC
75040                                4030 Forest Lane
                                     Garland, TX


                        Garland, TX, 10-30-07

Dear Sirs,

We hereby ask you to deliver the      Supplier      :      10260
following goods in accordance with    Our Order     :     782628
our terms of delivery.                Order Date    : 10-30-2007
                                      Buyer         :
                                      Ref.   :
062

| Pos | Quantity | Unit | Item Code | Cnt | Price | Unit | Tax | Discount | Del. Dt | Week |
|-----|----------|------|-----------|-----|-------|------|-----|----------|---------|------|
| 1 | 16.0000 | PC | NR0303 | | 25.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | PAINT HEAD LIGHT LH - 3674972C91 | | | | | | | |
| 2 | 16.0000 | PC | NR0303 | | 25.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | HEAD LIGHT RH 3674973C91 | | | | | | | |
| 3 | 16.0000 | PC | NR0303 | | 10.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | LH SIDE MARKER 3674978C91 | | | | | | | |
| 4 | 16.0000 | PC | NR0303 | | 10.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | RH SIDE MARKER 3674979C91 | | | | | | | |
| 5 | 16.0000 | PC | NR0303 | | 25.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | LH MIRROR 3674982C1 | | | | | | | |
| 6 | 16.0000 | PC | NR0303 | | 25.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | RH MIRROR 3674983C1 | | | | | | | |
| 7 | 16.0000 | PC | NR0303 | | 5.0000 | PC | F | | 10-30-2007 | 44 |
| | | | OUTSIDE SERVICES | | | | | | | |
| | | | LH TORSION 3674988C1 | | | | | | | |

BC 015063

Supplier   :   10260                    Order: 782628                        Date: 10-30-07

| Pos | Quantity | Unit | Item Code | Cnt | Price | Unit | Tax | Discount | Del. Dt | Week |
|-----|----------|------|-----------|-----|-------|------|-----|----------|---------|------|
| 8 | 16.0000 | PC | NRO303 OUTSIDE SERVICES | | 5.0000 | PC | F | | 10-30-2007 | 44 |
| | | | RH TORSION 3674989C1 | | | | | | | |
| 9 | 16.0000 | PC | NRO303 OUTSIDE SERVICES | | 350.0000 | PC | F | | 10-30-2007 | 44 |
| | | | HOOD 3820018C91 | | | | | | | |

| Goods | Costs | | Total USD |
|-------|-------|---|-----------|
| 0.00 | 7680.00 | | 7680.00 |

Delivery:       Freight Collect
Payment Terms : Net 30 Days
Please state our order, item and packing list number on all invoices.

BC 015064



# SHIPPING DOCUMENT

| SHIPPER: | | | | RECIEVER: | | |
|---|---|---|---|---|---|---|
| Bells Custom Conversions<br>428 N. First ST.<br>Garland, TX 75040<br>972-487-2275 | | | | SST Truck Company<br>4030 Forest Lane<br>Garland, TX 75042 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3674970C91 | Grille surround assy. | | | 3674109C2 | Panel, light mnt assy. | |
| 3674972C91 | LH headlight sealed beam | 16 | | 3821112C1 | Extension, winch remote control | |
| 3674973C91 | RH headlight sealed beam | 16 | | 3671686C1 | Support, assy, lower grille mount | |
| 3674978C91 | LH side marker assy. | 16 | | 3820018C91 | Hood | 16 |
| 3674979C91 | RH side marker assy. | 16 | | 3671687C1 | Support, assy, grille, LH isolation mount | |
| 3674982C1 | Mirror assy, hood mtd – LH | 16 | | 3671688C1 | Support, assy, grille, RH isolation mount | |
| 3674983C1 | Mirror assy, hood mtd – RH | 16 | | 3819553C1 | Brace, instr panel, assy, IP mounting LH | |
| 3674988C1 | Bar, torsion, hood assist - LH | 16 | | 3819554C1 | Brace, instr panel, assy, IP mounting, RH | |
| 3674989C2 | Bar, torsion, hood assist - RH | 16 | | 3820153C1 | Guide, hood, support | |
| 3671690C1 | Upper grille brackets | | | 3763291C1 | Hook, tow | |
| 3820283C1 | Angle air cleaner brkts. | | | 3820874C2 | Support, fuel tank | |
| 3819401C2 | Air Cleaner brkts. | | | 3819085C2 | Guard, muffler | |
| 3822016C1 | ESC brkts. | | | 3819470C1 | TCM bracket | |
| 3820240C2 | Crossmember front | | | 3671071C1 | Bumper, pintle hook | |
| 3673293C2 | Brace, tow pin, front | | | 3673289C2 | Crossmember mtg bracket | |
| 3673298C3 | Bumper, front 15 deg swept | | | 3673290C2 | Crossmember mtg bracket | |
| 3674106C1 | Brace, frt bumper | | | 3673295C91 | Warn Winch | |
| 3674107C1 | Brace, frt bumper | | | 3671689C1 | Link Grille | |
| 3674108C2 | Panel, light mnt assy. | | | | | |
| | | | | | | |

CALARK#_____

_____

Bells Custom Conversions

_____10/19/07_____
Date

_____
Driver/Company

_____
Date

BC 015065



# INVOICE

428 N. First Street  Garland, Texas  75040
972.487.2275  972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| Date: | 11/7/2007 |
| Invoice # | **558449** |
| Due | 11/7/2007 |

| PO # | 008172 |
| --- | --- |

*International Supplier No. 10260*

| Bill To | Ship To |
| --- | --- |
| LANG MEKRA NO. AMERICA<br>101 TILLESSEN BLVD.<br>RIDGEWAY, SC 29130<br>PH: 803-337-5264 | LANG MEKRA NORTH AMERICA LLC<br>101 TILLESSEN BOULEVARD<br>RIDGEWAY, SC 29130 |

| Item | Description | Qty | Rate | Total |
| --- | --- | --- | --- | --- |
| | PAINT - 202480210P - Mounting Wedge 0.248 Wedge BLK | 8 | 5.00 | 40.00 |
| | PAINT - 574550001 - Mirassy, Fender, SEV SV RE,BK, LH | 3 | 25.00 | 75.00 |
| | PAINT - 574550002 - Mirassy, Fender, SEV SV RE,BK, RH | 14 | 25.00 | 350.00 |
| | PAINT - 594550101 - SYS,BLK,LH,RMT/HTD | 4 | 25.00 | 100.00 |
| | PAINT - 594550102 - SYS,BLK,RH,RMT/HTD | 4 | 25.00 | 100.00 |
| | * EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS | | | |
| | * ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | | | |

**PAID IN FULL**

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| Total | $665.00 |
| --- | --- |
| *Sales Tax (8.25%)* | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$665.00** |

BC 016221



# Purchase Order

LANG MEKRA NORTH AMERICA LLC
101 TILLESSEN BOULEVARD
RIDGEWAY    SC   29130
Phone: (1) 803 337-5264
Fax:   (1) 803 337-5265
Email: purchasing@lang-mekra.com

| | |
|---|---|
| Order No | 008172 |
| Date | 09/17/07 |
| Supplier No | 3185 |

VAT                                                                                    PAGE 1

**Supplier :**

.

BELLS CUSTOM CONVERSIONS
428 N. FIRST ST.
GARLAND    TX  75088
Phone: 1 972 487-2275
Fax: 1 972 487-2278

**Ship to :**

LANG MEKRA NORTH AMERICA LLC
101 TILLESSEN BOULEVARD
RIDGEWAY    SC   29130

Purchase Order Currency          US DOLLAR

FOB: TX                    CONFIRMING: DAVID B

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | DEPT | TERMS |
|---|---|---|---|---|---|---|
| 455 | KATHY PEELE | | FED-X TRUCK | 09/24/07 | | 30 DAYS NET |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | UNIT PRICE | % DISC. | PRODUCT TOTAL |
|---|---|---|---|---|---|
| 3 | EA | 574550001<br>MIR,FENDER,SEV SR RE,CARC,LH<br>(REV: A) | 25.00000 | | 75.00 |
| 14 | EA | 574550002<br>MIR,FENDER,SEV SR RE,CARC,RH<br>(REV: A) | 25.00000 | | 350.00 |
| 4 | EA | 594550101<br>SYS,CARC,LH,RNT/HTD,BULK PACK<br>(REV: A) | 25.00000 | | 100.00 |
| 4 | EA | 594550102<br>SYS,CARC,RH,RNT/HTD,BULK PACK<br>(REV: A) | 25.00000 | | 100.00 |
| 8 | EA | 202480210P<br>WEDGE,MOUNTING,CARC,BULK PACK<br>(REV: A) | 5.00000 | | 40.00 |

| NET AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 665.00 | 0.00 | 0.00 | 0.00 | 0.00 | 665.00 |

**Enclosures :**
- [ ] purchase conditions
- [ ] sample(-s)
- [ ] contract conditions
- [ ] specific quality requirements
- [ ] _____
- [ ] logistic specifications
- [ ] drawing(-s)

| SIGNATURE | DATE |
|---|---|
| SIGNATURE | DATE |

BC 016222

| NAME BELLS CUSTOM CONVERSIONS | | ACCOUNT NO. 3185 | CHECK NO. 025938 | | DATE 12/06/2007 |

| INVOICE NO. | INVOICE DATE | AMOUNT | DESCRIPTION | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 558449 | 11/07/2007 | 665.00 | | 0.00 | 665.00 |
| | | 665.00 | | 0.00 | 665.00 |

DETACH STUB BEFORE DEPOSITING - RETAIN VOUCHER FOR YOUR RECORDS



LANG MEKRA NORTH
AMERICA LLC
101 TILLESSEN BOULEVARD
RIDGEWAY   SC   29130
Phone: (1) 803 337-5264
Fax:   (1) 803 337-5265

CAROLINA FIRST
1310 MAIN STREET
COLUMBIA, SC 21200

67-219/539

CHECK NO. **025938**

06 Dec 2007

**PAY THIS AMOUNT**

$************665.00

PAY SIX HUNDRED SIXTY FIVE POINT ZERO ZERO ------------------------------------------------ Dollars

TO THE
ORDER    BELLS CUSTOM CONVERSIONS
            428 N. FIRST ST.
OF       GARLAND   TX  75088

AUTHORIZED SIGNATURE

Memo:

⑈025938⑈ ⑆053902⑈197⑆ 7⑈00444824⑈

BC 016223



# INVOICE

428 N. First Street Garland, Texas 75040
972.487.2275  972.487.2278 Fax
BellsConversions@verizon.net
www.BellsCustomConversions.com

| PO # | A-3855 |
|------|--------|

*International Supplier No. 10260*

| Bill To | Ship To |
|---------|---------|
| KGI Automotive Systems<br>1426 Blvd Industriel<br>Magog, QC  J1X 4V9 | SST<br>4030 Forest Lane<br>Garland, TX 75042 |

| Item | Description | Qty | Rate | Total |
|------|-------------|-----|------|-------|
| | PAINT - CARC - 3820153C2 - MRAP BRACKET<br><br><br>EACH PART INCLUDES LABOR, SUPPLIES, AND MATERIALS<br><br>* ABOVE PARTS CONFIRM TO MIL-DTL-53072C FOR PROCESS CONTROL AND PRODUCT QUALITY. | 1,632 | 5.00 | 8,160.00 |

**PAID IN FULL**

*We Appreciate Your Business!!!*
*www.BellsCustomConversions.com*

| | |
|---|---|
| **Total** | **$8,160.00** |
| Sales Tax (8.25%) | $0.00 |
| Pmts/Credits | $0.00 |
| **Balance Due** | **$8,160.00** |

BC 016275



**KGI**

1426, Boul. Industriel
Magog (Québec)
J1X 4V9
Tel: (819) 868-5152
Fax: (819) 868-3870

**COMMANDE D'ACHAT
PURCHASE ORDER**

| No. commande / Order No. | |
|---|---|
| A-3855 | R-0 |
| Date commande / Order date | |
| 2008-01-10 | |
| Acheteur/Buyer | No Project |
| stherrien | |

TPS / GST:  858437379RT0001
TVQ / PST: 1208181668TQ0001

À / TO:

**BELL'S CONVERSION INC.**
428 N. FIRST STREET
GARLAND, TX
75040

Tel.:  972-487-2275
Fax.:  972-487-2278

LIVRÉ À / SHIP TO:

KGI AUTOMOTIVE SYSTEMS INC.
1426, INDUSTRIAL BLVD.
MAGOG, QUEBEC (CANADA)
J1X 4V9

Tel.:   819-868-5152
Fax.:  819-868-3870

| NO PRODUIT PRODUCT NO. | DESCRIPTION | LIVRAISON DELIVERY | QTÉ REQUISE REQUIRED QTY | UNITÉ UNIT | PRIX PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 100575 | MRAP BRACKET # 3820153CZ FOR PAINTING Votre/ Your No:  P10280 | 2008-01-10 | 1 632.00 | EA | 5.0000 $ | 8 160.00 $ |

**The commercial invoice and the NAFTA certificate must be attached to the shipment, for customs purposes.  Thank you!**

<u>NOTE:</u>
TO: DAVID BONNYCASTLE
P.O. FOR PARTS ALREADY PAINTED

| | |
|---|---|
| SOUS-TOTAL / SUBTOTAL: | 8 160.00 $ |
| TRANSPORT / FREIGHT: | 0.00 $ |
| TPS / GST: | |
| TVQ / PST: | |
| TOTAL: | 8 160.00 $ |
| | USD |

FAB / FOB:

LIVRÉ PAR / SHIP BY: YOUR TRUCK

Acheteur / Buyer:

*Sylvain Therrien*   10-Jan-2008

2008-01-10 11:07:03

Page 1 of 1

BC 016276

**KGI AUTOMOTIVE SYSTEMS INC.**
**KGI SYSTÈMES AUTOMOBILES INC.**
1426, BOUL. INDUSTRIEL
MAGOG, QC  J1X 4V9
Tél: (819) 868-5152 Fax: (819) 868-3870

BANQUE HSBC CANADA
2785, RUE KING OUEST
SHERBROOKE (QUEBEC)  J1L 1X6

FONDS U.S.

001331

COMPTE EN
DOLLARS U.S.

18 03 2008
DD MM YYYY

PAY
PAYEZ ************ EIGHT THOUSAND ONE HUNDRED SIXTY**** 00/100

$     8 160.00

TO THE
ORDER OF
À L'ORDRE DE

BELLS CUSTOM CONVERSIONS
428 N. FIRST STREET
GARLAND, TEXAS
75040

KGI AUTOMOTIVE SYSTEMS INC.
KGI SYSTÈMES AUTOMOBILES INC.

PAR/PER

⑈001331⑈ ⑆10401⑈016⑈ 069958⑈070⑈     45

---

**KGI AUTOMOTIVE SYSTEMS INC.**
**KGI SYSTÈMES AUTOMOBILES INC.**

001331

| 2008/03/18 | 558563 | 8160.00 | 0.00 | 8160.00 |

BC 016277

2008/03/18

Paiement de la facture n° 558563

8160.00